Commonwealth *v.* Fletcher, Appellant.

Submitted November 8, 1971. *A. J. Marion,* for appellant; *W. Bertram Waychoff,* District Attorney, for Commonwealth, appellee.

Order affirmed.